**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

LARRY NEWLON,

        Plaintiff,

v.                                    CIVIL ACTION NO.   2:24-cv-00284

TRANSUNION, LLC, et al.,

        Defendants.

**ORDER**

The Court has reviewed the Plaintiff's *Notice of Settlement and Request for Dismissal as to TransUnion, LLC* (Document 9), wherein he represents that all matters between him and TransUnion have been settled and compromised, and further requests that the Court dismiss this action with prejudice as to TransUnion with each party to bear its own costs and attorneys' fees.

Wherefore, after careful consideration, the Court **ORDERS** that the Plaintiff's *Request for Dismissal as to TransUnion, LLC* (Document 9) be **GRANTED** and that this action be **DISMISSED WITH PREJUDICE** as to Defendant TransUnion, LLC.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:      July 8, 2024

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA