### IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Larry Newlon,

   **Plaintiff,**

          **Civil Action: 2:24-cv-00284**

  **v.**

Experian Information Solutions, Inc.,
Equifax Information Services, LLC,
Full Beauty Brands Operations, LLC dba
King Size and Comenity Bank,

   **Defendants.**


### NOTICE OF SETTLEMENT
### AND REQUEST FOR DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

   THIS DAY comes the Plaintiff, by counsel, and hereby represents to the Court that all matters between the Plaintiff and the Defendant, Equifax Information Services, LLC, have been settled and compromised and that the Plaintiff moves the Court to dismiss this matter as to the Defendant, Equifax Information Services, LLC with prejudice, with each party to bear its own costs and attorneys' fees.  All claims against the remaining Defendants are still pending.

         Respectfully submitted,

  DATED: August 14, 2024

          /s/ John N. Ellem
          John N. Ellem (WV State Bar #6027)
          (Ohio S.Ct. #62842)
          **ELLEM LAW OFFICE, PLLC**
          P.O. Box 322
          Parkersburg, WV  26102-0322
          Telephone – (304) 424 -5297
          Facsimile – (304) 865-1585
          john@ellemlawoffice.com
          *Counsel for Plaintiff*

1

/s/ Allison Rhadans
Allison Rhadans
1550 Peachtree Street
Atlanta, GA 30309
740-714-5657
allison.rhadans@equifax.com
*Counsel for Defendant Equifax*

2