**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

LARRY NEWLON,

        Plaintiff,

v.                                       CIVIL ACTION NO.  2:24-cv-00284

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

        Defendants.

**ORDER**

The Court has reviewed the Plaintiff's *Notice of Settlement and Request for Dismissal as to Experian Information Solutions, Inc.* (Document 19), wherein he represents that all matters between him and Experian Information Solutions, Inc., have been settled and compromised, and further requests that the Court dismiss the action with prejudice as to this Defendant, with each party to bear its own costs and attorneys' fees.

Wherefore, after careful consideration, the Court **ORDERS** that the Plaintiff's *Request for Dismissal as to Experian Information Solutions, Inc.* (Document 19) be **GRANTED** and this action be **DISMISSED WITH PREJUDICE** as to Defendant Experian Information Solutions, Inc.  The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                              ENTER:        September 16, 2024

                                    IRENE C. BERGER
                              UNITED STATES DISTRICT JUDGE
                       SOUTHERN DISTRICT OF WEST VIRGINIA