### IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Larry Newlon,**

       **Plaintiff,**

                          **Civil Action: 2:24-cv-00284**

   **v.**

**Full Beauty Brands Operations, LLC dba**
**King Size and Comenity Bank,**

       **Defendants.**

### NOTICE OF SETTLEMENT AS TO FULL BEAUTY BRANDS OPERATIONS, LLC DBA KING SIZE AND COMENITY BANK

THIS DAY comes the Plaintiff, by counsel, and hereby represents to the Court that all matters between the Plaintiff and the remaining Defendants, Full Beauty Brands Operations, LLC dba King Size and Comenity Bank, have been settled and compromised. The parties are currently working on a settlement agreement and release which they anticipate finalizing within two weeks.

                                      Respectfully submitted,

DATED: October 4, 2024

                                 /s/ John N. Ellem

                                John N. Ellem (WV State Bar #6027)
                                (Ohio S.Ct. #62842)
                                **ELLEM LAW OFFICE, PLLC**
                                P.O. Box 322
                                Parkersburg, WV  26102-0322
                                Telephone – (304) 424 -5297
                                Facsimile – (304) 865-1585
                                john@ellemlawoffice.com
                                *Counsel for Plaintiff*

1