**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

LARRY NEWLON,

        Plaintiff,

v.                                   CIVIL ACTION NO.   2:24-cv-00284

FULL BEAUTY BRANDS
OPERATIONS, LLC, and
COMENITY BANK,

        Defendants.

**ORDER**

The Court has reviewed the Plaintiff's *Notice of Settlement as to Full Beauty Brands Operations, LLC dba King Size and Comenity Bank* (Document 23) and *Request for Dismissal as to Full Beauty Brands Operations, LLC dba King Size and Comenity Bank* (Document 24), wherein the Plaintiff represents that all matters between him and the remaining Defendants have been compromised and settled, and further requests that the Court dismiss the action with prejudice, with each party to bear its own costs and attorneys' fees.

Wherefore, after careful consideration, the Court **ORDERS** that the Plaintiff's *Request for Dismissal as to Full Beauty Brands Operations, LLC dba King Size and Comenity Bank* (Document 24) be **GRANTED** and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:        October 21, 2024

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2